CASE 2013-CC-3125
14-918-CR

STATE of TEXAS
VS.
Gary Campbell

4th court
of Appeals

## Motion to have Another Motion Strucken

The Appeallant ask that the courts strike the motion/Notice of Incompetant Defendant from the Appeal. AND put Notice of No right to Appeal/Right to Appeal in its place.

#857460 Gary Campbell
200 N. Comal
San Antonio, Tx 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN -5 PM 2:53

Keith E. Hottle
KEITH E. HOTTLE CLERK

Gary Campbell #857460
200 N. Comal
San Antonio, Tx. 78207

neopost
12/30/2014
US POSTAGE $000.48⁰

FIRST-CLASS MAIL

ZIP 78205
041M12250025

FILED
COURT OF APPEALS
SAN ANTONIO, TEXAS
2015 JAN -5 PM 2:53

THE STATE OF TEXAS
COUNTY OF BEXAR

INDIGENT

BEXAR COUNTY JAIL

INMATE MAIL

7820583037

4th Court of Appeals
300 Dolorosa "Suite 3200"
San Antonio, Tx. 78205